UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA   )
                           )
          v.               )   NO.  3:12-mj-4073
                           )
J.P-F (Juvenile), et al.,  )

**O R D E R**

Nine of the eighteen persons presently in custody on material witness warrants have filed their motions to dismiss such warrants on the grounds that they have now provided testimony by deposition and, therefore, are entitled to release pursuant to 18 U.S.C. § 3144 (Docket Entry Nos. 126, 129, 130, 131, 132, 142, 149, 150, and 154).

A hearing on these motions was conducted before the undersigned Magistrate Judge on December 5, 2012. At this hearing, counsel for the Government announced that the defendant in the underlying case for which the testimony of these material witnesses had been sought had just entered a plea of guilty and, therefore, the Government orally moved to dismiss all eighteen of the material witness warrants issued in this case.

In view of the foregoing, the undersigned finds that the motions to dismiss the material witness warrants listed above should be GRANTED and such warrants DISMISSED. In addition, the undersigned further finds that there is no longer any need for the testimony of any of these witnesses nor any justification for their

continued detention and, therefore, that all material witness warrants issued in this case should be DISMISSED.

The remaining pending motions under this case number are DENIED as moot.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge
