UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:12-mj-4073 |
| | ) | |
| J.P-F (Juvenile), et al. | ) | |

**O R D E R**

On December 5, 2012, the undersigned Magistrate Judge entered an order dismissing all material witness warrants issued in this case and dismissing as moot all other pending motions (Docket Entry No. 163). This order is AMENDED in order to GRANT the motion of Ana Silvia Aguilar-Cortez to authorize the expenditure for interpretive services (Docket Entry No. 162), but only to the extent of interpretive expenses already incurred.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge